UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.   CASE NO: 2:16-cr-111-FtM-38MRM

MICHELLE ELIZABETH GLADYS

**ORDER**

This matter comes before the Court on the Unopposed Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. #53) filed on October 17, 2018. The government moves the Court to reduce the sentence of the defendant arguing she has provided substantial assistance in other matters to the extent that a time served sentence is appropriate.

Defendant was sentenced on September 25, 2017, to thirty-three (33) months of imprisonment. Her projected release date from the Bureau of Prisons is March 21, 2019. Defense counsel does not object to the relief requested. After considering the motion, the Court will grant the reduction in sentence.

Accordingly, it is now **ORDERED:**

The Unopposed Motion by the United States for Reduction in Sentence Pursuant to Fed. R. Crim. P. 35(b) (Doc. 53) is **GRANTED**. An amended judgment reflecting a sentence of time served will be issued under separate cover.

**DONE AND ORDERED** at Fort Myers, Florida, this October 18, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record